IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00262-01-CR-W-HFS |
| ) | |
| KATHERINE HALEY SISK, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Katherine Haley Sisk appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(B) to the lesser included charge contained within Count One of the Indictment now charging her with a violation of 21 U.S.C. §§ 841(a)(l), (b)(l)(C) and 846, that is, conspiracy to distribute heroin and methamphetamine, and to Count Two of the Indictment charging her with a violation of 18 U.S.C. § 1956(a)(l)(A)(i), (B)(i), (ii) and (h), that is, conspiracy to commit money laundering. The defendant also agreed to the forfeiture of property, which includes a money judgment to be entered against the defendant, as contained in the Indictment. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested.

Based on the foregoing, it is

RECOMMENDED that defendant Katherine Haley Sisk's plea of guilty be accepted and that defendant Sisk be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.   28 U.S.C. § 636(b)(1).

 */s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge